473 A.2d 681

Commonwealth v. Foman, Appellant.

Submitted January 5, 1984. Leonard Rubin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.

473 A.2d 681

Commonwealth v. Fordham, Appellant.

Argued June 15, 1983. John Louis Lachall, for appellant; Stuart B. Suss, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, and McEWEN and HOFFMAN, JJ.

The record is remanded with directions that the transferring court provide this court with a statement of reasons within sixty (60) days of the filing of this opinion to support the order certifying appellant for trial as an adult. Jurisdiction is retained.